**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 360 WAL 2016 |
|---|---|---|
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RANDY WILLIAMS A/K/A TRAVIS LEE | : | |
| MORIARTY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.